Anthony J. Viola (AV-7366)
Andre K. Cizmarik (AC-6470)
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IP HOLDINGS LLC,

          Plaintiff,

v.

SIERRA FASHION GROUP, INC.,

          Defendant.

-------------------------------------------------------------x

No. 07 CV 4848

**RULE 7.1 STATEMENT**

Plaintiff IP Holdings LLC, through its attorneys Edwards Angell Palmer & Dodge LLP, hereby discloses the following corporate parents and any publicly held corporation that owns more than 10% or more of its stock: None.

Dated: June 7, 2007

          EDWARDS ANGELL PALMER & DODGE LLP

          By: /s/ Andre K. Cizmarik
          Anthony J. Viola (AV-7366)
          Andre K. Cizmarik (AC-6470)
          Attorneys for Plaintiff
          750 Lexington Avenue
          New York, NY 10022
          (212) 308-4411