AO 440 (Rev. 8/01) Summons in a Civil Action

**JUDGE KAPLAN**

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

IP HOLDINGS LLC,

        Plaintiff,

V.

SIERRA FASHION GROUP, INC.,

        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 4848**

TO: (Name and address of Defendant)

Sierra Fashion Group, Inc.
1466 Broadway, Suite 700
New York, New York  10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre K. Cizmarik, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York  10022
(212) 308-4411

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 7 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date               *Signature of Server*

                         _____
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

GLENN M. HUZINEC, being duly sworn, deposes and says:

(1) I am over the age of eighteen years and am not a party to this action. On the 7th day of June, 2007, at approximately 3:50pm, I served true copies of the Civil Cover Sheet; Summons; Complaint; Rule 7.1 Statement; Individual Rules for Judge Kaplan; Individual Rules for Magistrate Judge Gorenstein; and ECF Rules for the USDC SDNY upon:

> Sierra Fashion Group, Inc.
> 1466 Broadway, Suite 700
> New York, NY 10036

by personally delivering true copies of the above mentioned documents to Sierra Fashion Group, Inc. at the above listed address.

(2) Jade Arendes, whose title is Receptionist at Sierra Fashion Group Inc., telephoned her supervisor upon my arrival and, after a brief discussion with her supervisor, informed me that she was authorized by her supervisor to accept service on behalf of Sierra Fashion Group, Inc. and that she would accept said service.

(3) Ms. Arendes is a white female; approximately 25-30 years of age; approximately 5'6" tall; weighing approximately 160 lbs.; with long blonde hair; and wearing eyeglasses.

_____
GLENN M. HUZINEC

Sworn to before me this
8th day of June, 2007

_____
Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20_09_

NYC_NYC_271362_1.DOC