Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IP HOLDINGS LLC,

        Plaintiff,

   v.

SIERRA FASHION GROUP, INC.,

        Defendant.

-----------------------------------------------------------x

No. 07 CV 4848 (LAK)(GWG)

**AMENDED**
**RULE 7.1 STATEMENT**

Plaintiff IP Holdings LLC, through its attorneys Edwards Angell Palmer & Dodge LLP, hereby discloses the following corporate parents and any publicly held corporation that owns more than 10% or more of its stock: IP Holdings and Management Corp., which is the 100% member of IP Holdings LLC.

Dated: June 15, 2007

                              EDWARDS ANGELL PALMER & DODGE LLP

                              By: _____
                                 Anthony J. Viola
                                 Andre K. Cizmarik
                                 Attorneys for Plaintiff
                                 750 Lexington Avenue
                                 New York, NY 10022
                                 (212) 308-4411

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                   : ss.:
COUNTY OF NEW YORK )

GLENN M. HUZINEC, being duly sworn, deposes and says:

I am over the age of eighteen years and am not a party to this action. On the 18h day of June, 2007, I served true copies of the Amended Complaint and Amended 7.1 Statement upon:

> Sierra Fashion Group, Inc.
> 1466 Broadway, Suite 700
> New York, NY 10036

by personally delivering true copies of the above mentioned documents to Sierra Fashion Group, Inc. at the above address and leaving said copies with a person in charge of the office.

GLENN M. HUZINEC

Sworn to before me this
18th day of June, 2007

Notary
JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20___