UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Index No.: 07CIV4848

IP HOLDINGS, LLC,

                Plaintiff(s),    **RULE 7.1 STATEMENT**

      - against-

SIERRA FASHION GROUP, INC.,

                Defendant(s),

-------------------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Sierra Fashion Group, Inc., by its attorneys, The Chatrath Law Firm, P.C., states that it has no parent companies and no publicly held companies own 10% or more of its stock.

DATED:    New York, New York
               July 20, 2007

                                          Yours, etc.,
                                          THE CHATRATH LAW FIRM, P.C.
                                          Attorneys for Sierra Fashion Group, Inc.

                                            By: _____/S/_____
                                               Sanddeep Chatrath
                                          494 Eighth Avenue, Suite 505
                                          New York, New York 10001
                                          Telephone: (212) 268-2920
                                          Our File No.: L-1562

TO:    EDWARDS ANGELL PALMER & DODGE, LLP
          Attorneys for Plaintiff
          750 Lexington Avenue
          New York, New York 10022
          Telephone: (212) 308-4411

**CERTIFICATION**

I hereby certify that on July 20, 2007, I caused a copy of the within Rule 7.1 Statement to be served upon:

EDWARDS ANGELL PALMER & DODGE, LLP
Attorneys for Plaintiff
750 Lexington Avenue
New York, New York 10022

By depositing a true copy of same securely enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Dated: New York, New York
July 20, 2007

/S/
Sanddeep Chatrath (CH0843)