KAPLAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IP HOLDINGS LLC,

        Plaintiff,

        v.

SIERRA FASHION GROUP, INC.,

        Defendant.

No. 07 CV 4848 (LAK)(GWG)

**CONSENT SCHEDULING ORDER**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9/24/07

RECEIVED SEP 24 2007 JUDGE KAPLAN'S CHAMBERS

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after January 28, 2008.

2. No amendments to the pleadings will be permitted after January 28, 2008.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before March 3, 2008.

    (b)    rebuttal expert witnesses on or before March 31, 2008.

4. All discovery, including depositions of experts, shall be completed on or before May 26, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before July 14, 2008.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

NYC_240734_1

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: New York, New York
September 24, 2007

Hon. Lewis A. Kaplan
United States District Judge

CONSENTED TO:

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff IP Holdings LLC
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

Sanddeep Chatrath, Esq.
The Chatrath Law Firm, P.C.
Attorney for Defendant Sierra Fashion Group, Inc.
494 Eighth Avenue, Suite 505
New York, New York 10001
(212) 268-2920