

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IP HOLDINGS LLC,

                Plaintiff,

- against -

SIERRA FASHION GROUP, INC.

                Defendant.

Index No.: 07CIV4848 (LAK)

STIPULATION AND
ORDER OF DISMISSAL

IT IS STIPULATED AND AGREED, by and between the attorneys for plaintiff, IP Holdings LLC, and the attorneys for the defendant Sierra Fashion Group, Inc., that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to either party against the other.

DATED: New York, New York
         June 11, 2008

EDWARDS ANGELL PALMER &
DODGE, LLP
Attorneys for Plaintiff IP Holdings, LLC

By: _____
Andre K. Cizmarik
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411

DATED: New York, New York
         June 11, 2008

THE CHATRATH LAW FIRM, P.C.
Attorneys for Sierra Fashion Group, Inc.

By: _____
Sanddeep Chatrath
494 Eighth Avenue, Suite 505
New York, New York 10001
Telephone: (212) 268-2920

SO ORDERED

_____
U.S.D.J.
June 23, 2008

Part I

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

# EDWARDS ANGELL PALMER&DODGE LLP

750 Lexington Avenue  New York, NY 10022  212.308.4411  fax 212.308.4844  eapdlaw.com

Andre K. Cizmarik
212.912.2731
fax 888.325.9598
acizmarik@eapdlaw.com

June 19, 2008

<u>VIA E-MAIL (TO JUDGMENT AND ORDERS CLERK)</u>

Hon. Lewis A. Kaplan
United States District Court
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

Re: <u>IP Holdings LLC v. Sierra Fashion Group, Inc.</u>, No. 07 CV 4848 (LAK) (GWG)

Dear Judge Kaplan:

We represent plaintiff IP Holdings LLC and are pleased to inform Your Honor that the parties have reached a settlement in this matter. We respectfully request that you "So Order" the enclosed "Stipulation and Order of Dismissal" so the case can be closed.

Respectfully submitted,

*[signature]*

Andre K. Cizmarik

Enclosure

cc: Sanddeep Chatrath, Esq. (via e-mail)

NYC 304381.1